## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

KEVIN REIF,

      Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

      Defendants.

Civil Action No._____

(Removed from County Court
Fifteenth Judicial Circuit in and for
Palm Beach County, Florida; Case
No. 50-2016-SC-008871-XXXX-MB)

## NOTICE OF REMOVAL

COMES NOW Defendant OCWEN LOAN SERVICING, LLC ("Ocwen"), by and through the undersigned counsel, appearing specially without waiving any defenses that it might assert in a timely motion or responsive pleading, and pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and other applicable law, respectfully shows this Court as follows:

## PROCEDURAL HISTORY

1.     On August 11, 2016, Plaintiff Kevin Reif ("Plaintiff") brought suit against Ocwen in the County Court Fifteenth Judicial Circuit in and for Palm Beach County, Florida, said action being designated as Uniform Case No. 50-2016-SC-008871-XXXX-MB ("State Court Action").  Plaintiff served a Summons and a copy of his Complaint on or about August 15, 2016.  True and correct copies

of all the process, pleadings, and orders in the State Court Action that have been delivered to Ocwen are attached hereto as Exhibit "A."

2.     Ocwen files this Notice of Removal within thirty (30) days after receiving notice of the State Court Action.   The court in which the State Court Action was commenced is within this judicial district.

3.     In the State Court Action, Plaintiff alleges that Ocwen violated the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601, *et seq.* ("RESPA").

## BASIS FOR REMOVAL JURISDICTION

4.     This case is removable by reason of federal question jurisdiction, because it arises under the Constitution, laws, or treaties of the United States of America.   Specifically, Plaintiff's claim arises under and are based on RESPA, 29 12 U.S.C. §§ 2601, *et seq.*   Therefore, this Court has federal question jurisdiction to hear this matter pursuant to 28 U.S.C. § 1331.

## NOTICE TO STATE COURT

5.     A copy of this Notice of Removal is being filed with the Clerk of the Fifteenth Judicial District in and for Palm Beach County, Florida as an exhibit to the Notice of Ocwen's Filing of Notice to Adverse Parties and State Court of Removal of a Civil Action to Federal Court being filed in that court.   A copy of the Notice of Removal being filed in state court is attached hereto (without exhibits) as Exhibit "B."

## <u>INTRADISTRICT ASSIGNMENT</u>

6.      The West Palm Beach division of the Southern District of Florida has jurisdiction over this Action, because this action is being removed from the County Court for the Fifteenth Judicial Circuit in and for Palm Beach County.

WHEREFORE, Ocwen hereby gives notice that the above action now pending in the County Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida is removed in its entirety to this Court.

Respectfully submitted this 6th day of September, 2016.

 /s/ Zina Gabsi
Adwoa Ghartey-Tagoe Seymour, Esq.
Florida Bar No. 114597
Zina Gabsi, Esq.
Florida Bar No. 73789
BRYAN CAVE LLP
200 South Biscayne Blvd., Ste 400
Miami, FL 33131
Tel: (786) 322-7386
Email: gabsiz@bryancave.com
Email: adwoa.seymour@bryancave.com
*Counsel for Defendant Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

KEVIN REIF,

     Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

     Defendants.

Civil Action No._____

(Removed from County Court
Fifteenth Judicial Circuit in and for
Palm Beach County, Florida; Case
No. 50-2016-SC-008871-XXXX-MB)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing **NOTICE OF REMOVAL** has been

filed via the Courts CM/ECF system, and served by electronic mail on the

following counsel of record:

> Brian Korte, Esq.
> KORTE & WORTMAN, P.A.
> 2041 Vista Parkway
> West Palm Beach, FL 33411
> Email: <u>service@kwlawfirm.com</u>

This 6<u>th</u> day of September, 2016.

>  /s/ Zina Gabsi_____
> Zina Gabsi, Esq.
> Florida Bar. No. 73789
> BRYAN CAVE LLP
> 200 South Biscayne Blvd., Ste 400
> Miami, FL 33131

453499.1

Tel: (786) 322-7386
Email: gabsiz@bryancave.com
*Counsel for Defendant Ocwen Loan*
*Servicing, LLC*

453499.1